Opinion filed June 23, 2016



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00108-CV

_____

## BITTER CREEK WATER SUPPLY CORPORATION, Appellant

## V.

## WESLEY SIMS, Appellee

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause No. 19,506**

## M E M O R A N D U M   O P I N I O N

Out of an abundance of caution, Bitter Creek Water Supply Corporation filed a notice of appeal from a March 17, 2016 order related to the parties' motions for summary judgment. Bitter Creek stated in its notice of appeal that it did not believe that the order was a final judgment. On April 29, 2016, this court abated the appeal pursuant to a motion filed by Bitter Creek in which Bitter Creek requested an abatement for up to forty-five days to obtain a final judgment. In our April 29 order,

we informed Bitter Creek that this appeal was subject to dismissal if a final, appealable order or judgment was not entered by June 13, 2016. *See* TEX. R. APP. P. 42.3. We directed Bitter Creek to notify us immediately of the entry of an appealable order. Bitter Creek has not notified us of any additional trial court orders, and the district clerk informed the clerk of this court on June 20, 2016, that no final judgment had been entered.

Accordingly, we dismiss this appeal.

PER CURIAM

June 23, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2